IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| VASHAUN JONES, | * | |
| Plaintiff, | * | |
| v. | * | CV 417-249 |
| GEOVISTA CREDIT UNION, | * | |
| Defendant. | * | |

## O R D E R

The parties have filed a "Notice of Settlement," indicating that they have settled the captioned matter.[1] In accordance with Federal Rule of Civil Procedure 41(a)(2), **IT IS ORDERED** that Plaintiff's claims against Defendant and any counterclaims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** the case. The parties shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of August, 2018.

*/s/ J. Randal Hall*
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Thereafter, Plaintiff also filed a Notice of Voluntary Dismissal with Prejudice.